ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
THOMAS D. COKER (SBN 136820)
Assistant United States Attorney
   Room 7211 Federal Building
   300 North Los Angeles Street
   Los Angeles, CA 90012
   Telephone: (213) 894-2454
   Facsimile: (213) 894-0115
   Email: Thomas.Coker@usdoj.gov

Attorneys for the United States of America

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| Helen Cumming and George Cumming,<br><br>          Plaintiffs,<br><br>          vs.<br><br>The United States of America,<br><br>          Defendant. | Case No. EDCV 13-00106-JGB(SPx)<br><br>ORDER DISMISSING SUIT AND ACTION WITH PREJUDICE |

    Based on the stipulation for dismissal with prejudice between Plaintiffs Helen Cumming and George Cumming and defendant the United States of America filed on April 8, 2014, and for good cause shown,

    IT IS HEREBY ORDERED that the above-entitled suit and action is dismissed with prejudice pursuant to Rule 41(a)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: April 9, 2014

                                      HON. JESUS G. BERNAL
                                      United States District Judge